UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No. SACV 05-1141 CJC(RNBx)                                    Date: January 5, 2006

Title: <u>COMMERCIAL CAPITAL BANCORP, INC. v. ST. PAUL MERCURY INS. CO.</u>

===========================================================================

PRESENT:

<u>HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE</u>

<u>Debra Beard</u>                                    <u>  N/A  </u>
Deputy Clerk                                     Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:        ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                     None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER DENYING DEFENDANT'S EX PARTE APPLICATION FOR CONTINUANCE OF HEARING ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [filed 12/29/05]**

Defendant's ex parte application is DENIED. Although the Court would have preferred to have heard and ruled on the cross-motions on the same date, it is not imperative that the Court do so and there will be no prejudice to Defendant if its motion is heard and ruled on at a later date.

cek

MINUTES FORM 11
CIVIL-GEN

Initials of Deputy Clerk

DOCKETED
JAN - 5 2006
BY          024